**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-6668**

───────────

UNITED STATES OF AMERICA,

               Plaintiff – Appellee,

     v.

GERALD ANDY TIMMONS, a/k/a G,

               Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, District Judge. (4:08-cr-00373-RBH-1)

───────────

Submitted:  September 29, 2015      Decided:  October 5, 2015

───────────

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Gerald Andy Timmons, Appellant Pro Se.  Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Andy Timmons appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Timmons, No. 4:08-cr-00373-RBH-1 (D.S.C. Apr. 17, 2015). We deny the motions to modify the transcript order and for summary remand. We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2